IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

_____

|  |  |  |
|---|---|---|
| YSN Imports LLC dba Flame King, | ) | Case No.:24-cv-2356 |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | Judge: |
|  | ) |  |
| THE PARTNERSHIPS and | ) |  |
| UNINCORPORATED ASSOCIATIONS | ) |  |
| IDENTIFIED ON SCHEDULE "A", | ) | Magistrate: |
|  | ) |  |
| Defendants. | ) |  |

_____)

Exhibit 2 - Plaintiff's Registered Trademarks

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

United States Patent and Trademark Office

Reg. No. 3,265,015
Registered July 17, 2007

## TRADEMARK
PRINCIPAL REGISTER

# FLAME KING

YSN IMPORTS, INC. (CALIFORNIA CORPORATION)
15330 COLORADO AVENUE
PARAMOUNT, CA 90723

FOR: GAS METERS AND GAUGES, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 4-20-2005; IN COMMERCE 4-20-2005.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-969,901, FILED 9-8-2006.

MELVIN AXILBUND, EXAMINING ATTORNEY

Int. Cl.: 6

Prior U.S. Cls.: 2, 12, 13, 14, 23, 25, and 50

**United States Patent and Trademark Office**

Reg. No. 3,188,283
Registered Dec. 19, 2006

**TRADEMARK**
PRINCIPAL REGISTER

# FLAME KING

YSN IMPORTS, INC. (CALIFORNIA CORPORATION)
3911 LONG BEACH BOULEVARD, SUITE A
LONG BEACH, CA 90807

FOR: METAL CYLINDERS FOR COMPRESSED GAS OR LIQUIDS, SOLD EMPTY, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 4-30-2004; IN COMMERCE 4-30-2004.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SN 78-977,633, FILED 3-2-2004.

EUGENIA MARTIN, EXAMINING ATTORNEY

# United States of America
### United States Patent and Trademark Office

# FLAME KING

**Reg. No. 7,040,550**
**Registered May 02, 2023**
**Int. Cl.: 11**
**Trademark**
**Principal Register**

YSN Imports, LLC (NEVADA LIMITED LIABILITY COMPANY)
8616 E. Slauson Avenue
Pico Rivera, CALIFORNIA 90660

CLASS 11: Barbecue grills; gas fired barbecues, stoves, and grills; cooking grids adapted for barbecue grills; Multi-purpose, electric countertop food preparation apparatus for cooking, baking, broiling, roasting, toasting, searing, browning, barbecuing and grilling food; Portable fire pits; Propane torches; gas powered portable heaters, grills, griddles, and stoves; hoses made of rubber or plastic for use with propane tanks and propane powered appliances; propane powered portable camping showers; torch attachment tip for propane and butane torches; propane gas blow torch; butane torch for home use; propane fireplace and grill lighters; portable hot water tanks; accessories for propane tanks, namely, propane distribution post poles, hoses, apparatus for mounting and stabilizing propane cylinders, gas flow regulators, valve size adaptors, backpacks for transporting propane cylinders, handheld carriers and storage devices for transport and storing propane bottles, fitted propane tank covers and stabilizers, propane tank scale and mobile app system for monitoring propane levels in cylinders; propane cylinder refill kit comprised of a stand, cylinder cap, tank filling adaptor, and safety filling key

FIRST USE 2-00-2011; IN COMMERCE 2-00-2011

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT STYLE, SIZE OR COLOR

OWNER OF U.S. REG. NO. 3188283, 3265015

No claim is made to the exclusive right to use the following apart from the mark as shown: "FLAME"

SER. NO. 97-246,080, FILED 01-31-2022

*Katherine Kelly Vidal*

**Director of the United States
Patent and Trademark Office**



> **REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**
>
> **WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

**Requirements in the First Ten Years***
**What and When to File:**

- *First Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date. See 15 U.S.C. §§1058, 1141k. If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:* You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

***ATTENTION MADRID PROTOCOL REGISTRANTS:** The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date). The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations. See 15 U.S.C. §§1058, 1141k. However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration. See 15 U.S.C. §1141j. For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE: Fees and requirements for maintaining registrations are subject to change. Please check the USPTO website for further information. With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE: A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic Application System (TEAS) Correspondence Address and Change of Owner Address Forms available at** http://www.uspto.gov.