# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

YSN Imports LLC dba Flame King

                                                     Plaintiff,

v.                                                    Case No.: 1:24−cv−02356

                                                    Honorable Virginia M. Kendall

THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A

                                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 2, 2024:

      MINUTE entry before the Honorable Virginia M. Kendall. Motion hearing held on 4/2/2024. Plaintiff's Motion for leave to file under seal [5] is granted. Plaintiff's Motion to expedite Discovery and for alternative email service of process [6] are granted. Order to follow. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.